LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANGELA ANESSA JAMERSON | : | |
| | : | CASE NO. 1:17-bk-02721 |
| Debtor | : | |
| | : | ADVERSARY NO. |
| ANGELA ANESSA JAMERSON | : | |
| Plaintiff/Movant | : | Nature of Proceeding: |
| | : | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper / | : | MOTION TO COMPEL ACCOUNTING |
| Pacific Union Financial, LLC | : | |
| Defendant/Respondent | : | Document #: |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE [1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance[2].

Reason for the continuance. Respondent has provided documentation responsive to the Motion and Debtor requires additional time to review the docuemntaion to determine whether it satisfies the Motion. Counsel for Respondent, James Warmbrodt, Esq. concurs in the request for a continuance.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: August 17, 2020

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
karagendronecf@gmail.com

---

[1] No alterations or interlineations of this document are permitted.
[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.