IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CASE NO. 1:17-bk-02721 |
| --- | --- | --- |
| | : | |
| | : | CHAPTER 13 |
| **ANGELA ANESSA JAMERSON** | : | |
| Debtor | : | |
| | : | |
| **ANGELA ANESSA JAMERSON** | : | |
| **Plaintiff/Movant** | : | |
| | : | |
| v. | : | |
| | : | |
| **Nationstar Mortgage LLC d/b/a Mr.** | : | |
| **Cooper /Pacific Union Financial, LLC** | : | |
| Defendant/Respondent | : | |

## MOTION TO CONTINUE HEARING

    COMES NOW the Debtor, Angela Anessa Jamerson by and through Kara K. Gendron, Esquire of Mott & Gendron Law, and requests a continuance, respectfully stating in support thereof:

    1. The Debtor filed a Chapter 13 Petition on June 29, 2017.
    2. The Debtor filed a Motion to Compel Accounting and Respondent has supplied some of the requested information; however, the Debtor has requested explanations of various items in a pay off statement and parties require additional time for the mortgage company to respond and for the parties to discuss any resulting issues.
    3. Debtor's counsel requests that the hearing be continued for 45 days
    4. Counsel for Respondent, James Warmbrodt, Esquire concurs in the request to continue.

    WHEREFORE, the Debtor respectfully requests that this Court enter an order continuing the hearing for 45 days.

    Respectfully submitted,

    /s/ Kara K. Gendron
    Kara K. Gendron, Esquire
    Mott & Gendron Law
    125 State Street
    Harrisburg, PA 17101
    (717) 232–6650 TEL
    (717) 232-0477 FAX
    karagendron@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:17-bk-02721 |
| | : | |
| | : | |
| **ANGELA ANESSA JAMERSON** | : | CHAPTER 13 |
|    Debtor | : | |
| | : | |
| **ANGELA ANESSA JAMERSON** | : | |
| **Plaintiff/Movant** | : | |
| | : | |
|    v. | : | |
| | : | |
| Nationstar Mortgage LLC d/b/a Mr. | : | |
| Cooper /Pacific Union Financial, LLC | : | |
|    Defendant/Respondent | : | |

## **O R D E R**

UPON CONSIDERATION of the Motion to Continue Hearing, it is hereby

ORDERED AND DECREED that the hearing scheduled for 9/15/2020 at 9:30am is rescheduled to