LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ANGELA ANESSA JAMERSON | : | BANKRUPTCY NO. 1:17-bk-02721 |
| | : | |
| Debtor(s) | : | ADVERSARY NO. |
| | : | (if applicable) |
| ANGELA ANESSA JAMERSON | : | |
| Plaintiff(s)/Movant(s) | : | Nature of Proceeding: **Motion to Compel** |
| v. | : | |
| PACIFIC UNION FINANCIAL | : | Pleading: **Motion to Compel** |
| Plaintiff(s)/Movant(s) | : | |
| | : | Document #: |
| | : | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☒ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

      ☐ Thirty (30) days.
      ☐ Forty-five (45) days.
      ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 29, 2020

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
karagendron@gmail.com

*No alterations or interlineations of this document are permitted.
Revised 12/19/05

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN THE MATTER OF** | : | **CHAPTER: 13** |
| **ANGELA ANESSA JAMERSON** | : | |
| : | : | **CASE NUMBER:1:17-bk-02721** |
| **Debtor(s)** | : | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 29, 2020 I served a copy of the Request to Continue on the following parties:

| Name and Address | Mode of Service |
|---|---|
| PACIFIC UNION FINANCIAL<br>1603 LBJ FREEWAY, STE 500<br>FARMERS BRANCH, TX 75234 | First Class Mail, Postage Prepaid |
| CHARLES J DEHART, III ESQUIRE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036 | Electronically |
| ANGELA ANESSA JAMERSON<br><br>154 SPRING MEADOWS ROAD<br>MANCHESTER, PA 17345 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.
Date: 10/29/2020

/s/ Kara K. Gendron
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
karagendron@gmail.com