# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANGELA ANESSA JAMERSON | : | |
| | : | CASE NO. 1:17-bk-02721 |
| Debtor(s) | : | |
| | : | ADVERSARY NO. |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | : | |
| | : | Nature of Proceeding |
| Plaintiff(s)/Movant(s) | : | |
| vs. | : | |
| | : | Document #: |
| ANGELA ANESSA JAMERSON | : | |
| | : | |
| | : | |
| | : | |
| Defendant(s)/Respondent(s) | : | |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE [1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance[2].

Reason for the continuance. Parties are working on the figures for a stipulation and need additional time (30 days) redraft the stipulation.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: May 24, 2021   /s/ Kara K. Gendron
  Kara K. Gendron, Esquire
  Attorney ID 87577
  Mott & Gendron Law
  125 State Street
  Harrisburg, PA 17101
  (717) 232–6650 TEL
  karagendron@gmail.com

---

[1] No alterations or interlineations of this document are permitted.
[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.