IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| ANGELA ANESSA JAMERSON : | |
|     Debtor : | CASE NO. 1:17-bk-02721 |
| : | |
| ANGELA ANESSA JAMERSON : | |
|    Movant : | |
| : | |
| v. : | |
| : | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper; : | |
| Dept. of Veteran Affairs; and : | |
| Jack N. Zaharopoulos, Esquire Trustee : | |
|     Respondents : | |

## ORDER

Upon consideration of Debtor's Motion to Sell Real Estate and it appearing that no Objection or Answer was filed to the Motion by the time set forth in an Order, good reason appearing therefore, no objections appearing thereto,

**IT IS HEREBY ORDERED AND DECREED** that Federal Bankruptcy Rule 6004(g) is not applicable, and the real property may be sold and purchased immediately upon entry of Order of Court approving same and that the sale of real estate at 154 Spring Meadows Road, Manchester, PA 17345 to Michele McCleary for $420,000.00 is approved and distribution of the proceeds as set forth below shall be permitted:

1. Payment of all closing costs for which Debtor is liable.

2. Payment of attorney's fees in the amount of $3,500.00 to Mott & Gendron Law.

3. Payment of any and all other miscellaneous fees involved with the sale.

4. Payment in full of the first mortgage, subject to mortgagee's pay off; and payment in full of any other valid liens and mortgages.

5. Payment in full of York County Tax Claim Bureau real estate taxes, if any.

6. If there are net proceeds remaining due and owing to Debtor after paying all the costs, fees and liens, set forth in the preceding paragraphs, then the remaining balance, if any, shall be distributed to the Debtor, up to the amount of their exemptions in said property, i.e. $23,675.00

7. Any remaining net proceeds due to the Debtor, after paying all the costs, fees, and liens, set forth in the preceding paragraphs, shall be paid to the Chapter 13 Bankruptcy Trustee, to be applied to the amount due pursuant to Debtor's Plan.