# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>ANGELA ANESSA JAMERSON<br><br>ANGELA ANESSA JAMERSON,<br>    Movant<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,<br>    Respondent | Case No. 1:17-bk-02721-HWV<br>Chapter 13 |

**STIPULATION IN SETTLEMENT OF DEBTOR'S MOTION TO SELL REAL ESTATE**

It is hereby stipulated by and between Brock & Scott, PLLC, counsel for the Movant, Nationstar Mortgage LLC d/b/a Mr. Cooper, and Kara K. Gendron, Esquire, counsel for the Debtor, as follows:

1. Debtor filed Motion to Sell Real Estate on 3/28/2022 (Doc. 76).

2. Respondent filed a Conditional Non-Oppositional Response to Debtor's Motion on 4/5/2022 (Doc. 78).

3. The Parties agree to the following settlement:

    a. The Debtor agrees that Respondent's lien shall be paid in full from the closing proceeds, pursuant to a new payoff quote obtained prior to and good through the closing date; or

    b. No short sale will be allowed without Respondent's approval; and

    c. Debtor shall have ninety (90) days from entry of the Order to sell the Real Property.

4	The parties agree that a facsimile signature shall be considered an original signature.

5.	 The Parties request this Honorable Court to sign and docket the Order approving the Stipulation.


Dated:  April 14, 2022			*/s/* Mario J. Hanyon
					Mario J. Hanon,
					Esquire Attorney for
					Respondent

					_____
					Kara K. Gendron, Esquire
					Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>ANGELA ANESSA JAMERSON<br><br>ANGELA ANESSA JAMERSON,<br>    Movant<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,<br>    Respondent | Case No. 1:17-bk-02721-HWV<br><br>Chapter 13 |

**ORDER**

      **AND NOW**, this _____ day of _____, 2022, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

                                                                            _____
                                                                            Honorable Henry W. Van Eck
                                                                            United States Bankruptcy Judge