IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANGELA ANESSA JAMERSON | : | |
| | : | CASE NO. 1:17-bk-02721 |
| | : | |
| | : | |
| Debtor(s) | : | |

**MOTION TO TERMINATE
WAGE ATTACHMENT TO PAY TRUSTEE**

   Comes now the Debtor, Angela Anessa Jamerson, by and through Kara K. Gendron, Esquire and moves this Court to terminate the Wage Attachment Order previously entered in this case, respectfully stating in support thereof as follows:

1. The Debtor filed a Chapter 13 Petition on June 29, 2017.
2. The Debtor wishes to terminate the wage attachment.

   Wherefore, the Debtor respectfully requests that this Honorable Court enter an Order terminating the Wage Attachment Order previously entered in this case.

                                                                     Respectfully submitted,

                                                            /s/ Kara K. Gendron
                                                           _____

                                                           Kara K. Gendron, Esquire,
                                                           Attorney ID 87577
                                                           Mott & Gendron Law
                                                          125 State Street
                                                           Harrisburg, PA 17101
                                                           Tel  (717)232-6650
                                                           karagendron@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANGELA ANESSA JAMERSON | : | |
| | : | CASE NO. 1:17-bk-02721 |
| | : | |
| | : | |
| Debtor(s) | : | |

## ORDER

Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANGELA ANESSA JAMERSON | : | |
| | : | CASE NO. 1:17-bk-02721 |
| | : | |
| | : | |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I certify that on April 18, 2022 I served a copy of the foregoing document(s) on the following parties via ECF or by first class mail:

JACK N. ZAHAROPOULOS ESQUIRE
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036
TWecf@pamd13trustee.com


I certify under penalty of perjury that the foregoing is true and correct.
Date: 04/18/2022

            /s/ Kara K. Gendron
            _____
            Kara K. Gendron, Esquire,
            Attorney ID 87577
            Mott & Gendron Law
            125 State Street
            Harrisburg, PA 17101
            Tel (717)232-6650
            karagendron@gmail.com