| | |
|---|---|
| In re: | Case No. 17-02721-HWV |
| Angela Anessa Jamerson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 21, 2022 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 21 2022 18:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, et al, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 23, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Pacific Union Financial LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Andrew L Spivack | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Andrew L Spivack | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |

Christopher A DeNardo
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com cistewart@logs.com;cdenardo@logs.com

Dorothy L Mott
    on behalf of Debtor 1 Angela Anessa Jamerson DorieMott@aol.com
karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com

Jack N Zaharopoulos (Trustee)
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al bkgroup@kmllawgroup.com

James Warmbrodt
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

Kara Katherine Gendron
    on behalf of Debtor 1 Angela Anessa Jamerson
karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com

Kevin S Frankel
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pa-bk@logs.com

Kristen D Little
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com cistewart@logs.com

Mario J. Hanyon
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com

Rebecca Ann Solarz
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 15

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANGELA ANESSA JAMERSON | : | |
|    Debtor | : | CASE NO. 1:17-bk-02721 |
| | : | |
| ANGELA ANESSA JAMERSON | : | |
|    Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper; | : | |
| Dept. of Veteran Affairs; and | : | |
| Jack N. Zaharopoulos, Esquire Trustee | : | |
|    Respondents | : | |

## ORDER

Upon consideration of Debtor's Motion to Sell Real Estate and it appearing that no Objection or Answer was filed to the Motion by the time set forth in an Order, good reason appearing therefore, no objections appearing thereto,

**IT IS HEREBY ORDERED AND DECREED** that Federal Bankruptcy Rule 6004(g) is not applicable, and the real property may be sold and purchased immediately upon entry of Order of Court approving same and that the sale of real estate at 154 Spring Meadows Road, Manchester, PA 17345 to Michele McCleary for $385,000.00 is approved and distribution of the proceeds as set forth below shall be permitted:

    1. Payment of all closing costs for which Debtor is liable.

    2. Payment of attorney's fees in the amount of $3,500.00 to Mott & Gendron Law.

    3. Payment of any and all other miscellaneous fees involved with the sale.

    4. Payment in full of the first mortgage, subject to mortgagee's pay off; and payment in full of any other valid liens and mortgages. Further, Debtor agrees that Respondent's lien shall be paid in full from the closing proceeds, pursuant to a new payoff quote obtained prior to and good through the closing date; No short sale will be allowed without Respondent's approval; and Debtor shall have ninety (90) days from entry of the Order to sell the Real Property.

    5. Payment in full of York County Tax Claim Bureau real estate taxes, if any.

    6. If there are net proceeds remaining due and owing to Debtor after paying all the costs, fees and liens, set forth in the preceding paragraphs, then the remaining balance, if any, shall be distributed to the Debtor, up to the amount of their exemptions in said property, i.e. $23,675.00

    7. Any remaining net proceeds due to the Debtor, after paying all the costs, fees, and

liens, set forth in the preceding paragraphs, shall be paid to the Chapter 13 Bankruptcy Trustee, to be applied to the amount due pursuant to Debtor's Plan.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 21, 2022