UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Angela Anessa Jamerson<br>      Debtors<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>      Movant,<br>v.<br><br>Angela Anessa Jamerson,<br>  Respondent/Debtors,<br>and<br>Jack N. Zaharopoulos, Trustee,<br>  Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>1:17-bk-02721-HWV |

**LIMITED OBJECTION OF NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGANIZATION**

      Nationstar Mortgage LLC d/b/a Mr. Cooper, by and through its counsel, LOGS Legal Group LLP, hereby objects to the confirmation of Debtor's Chapter 13 Plan, and in support thereof, avers as follows:

      1.      On or about June 29, 2017, Debtors filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

      2.      Movant holds an allowed claim, secured only by Debtor's principal residence located at 154 Spring Meadows Road, Manchester, PA 17347.

      3.      Debtor's proposed plan seeks permission to sell the above property.

      4.      Movant is not opposed to the the Debtor selling the property; provided that any Order entered by the Court clearly specifies that such sale is contingent upon Nationstar Mortgage LLC d/b/a Mr. Cooper's lien being fully satisfied through this transaction

WHEREFORE, Nationstar Mortgage LLC d/b/a Mr. Cooper respectfully requests that confirmation of the Debtor's Plan be conditioned on this limited objection , and orders the sale of the property conditioned upon payment in full upon sale or the real property and for such other relief as this Court deems appropriate.

        Respectfully submitted,

Dated: 5/9/2022

/s/ Kristen D. Little
BY:_____
Kristen D. Little, Esquire
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809

LLG File #:19-062015

PA BAR ID # 79992
klittle@logs.com
pabk@logs.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angela Anessa Jamerson<br>  Debtors.<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>  Movant,<br>v.<br><br>Angela Anessa Jamerson,<br>  Respondent/Debtors,<br><br>Jack N. Zaharopoulos, Trustee<br>  Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>1:17-bk-02721-HWV |

## **ORDER**

AND NOW, this _____ day of _____, 2022, upon consideration of the Objection of Nationstar Mortgage LLC d/b/a Mr. Cooper to the confirmation of Debtor's Chapter 13 Plan of Reorganization, it is hereby ORDERED that the Objection is sustained in part. If the Debtor sells the property. Nationstar Mortgage is to be paid in full.

           BY THE COURT:


           _____
           HONORABLE HENRY W. VAN ECK
           UNITED STATES BANKRUPTCY JUDGE

Case 1:17-bk-02721-HWV Doc 93 Filed 05/09/22 Entered 05/09/22 17:17:33 Desc
Main Document Page 3 of 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DSITRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Angela Anessa Jamerson<br>　　　Debtors.<br>_____<br>Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>　　　Movant,<br>v.<br><br>Angela Anessa Jamerson,<br>　　Debtors/Respondent,<br>and<br>Jack N. Zaharopoulos, Trustee,<br>　　Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>1:17-bk-02721-HWV |

## CERTIFICATE OF SERVICE

I, Kristen D. Little, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Nationstar Mortgage LLC d/b/a Mr. Cooper's Objection to the Confirmation of Debtor's Chapter 13 Plan by First Class Mail, postage prepaid or by electronic notification, at the respective last known address or email address of each person set forth below on May 9, 2022:

Kara Katherine Gendron, Esquire
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
Sent via electronic notification karagendronecf@gmail.com

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Sent via electronic notification dehartstaff@pamd13trustee.com

　　　I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

　　　　　　　　　　　　　　　　　　　　　　/s/ Kristen D. Little
　　　　　　　　　　　　　　　　　　　　　　Kristen D. Little, Esquire
　　　　　　　　　　　　　　　　　　　　　　LOGS Legal Group LLP
　　　　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
LLG File #:19-062015　　　　　　　　　　　(610) 278-6800