LOCAL BANKRUPTCY FORM 3007-1
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANGELA ANESSA JAMERSON | : | |
|     Debtors | : | CASE NO. 1:17-bk-02721 |
| | : | |
| ANGELA ANESSA JAMERSON | : | |
|     Objectors | : | |
| | : | OBJECTION TO CLAIMS # 3, 4, and 7 |
| v. | : | |
| FIRST FINANCIAL FCU, PATIENT FIRST, WEB PAYDAY | : | |
|     Respondents/Claimants | : | |
| | : | |
| | : | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO:** FIRST FINANCIAL FCU, PATIENT FIRST, WEB PAYDAY (**"Claimants"**)

**NOTICE OF OBJECTION TO CLAIM AND DEADLINE TO REQUEST HEARING DATE**
Angela Anessa Jamerson has filed an objection to the proof of claim you filed in this bankruptcy case.

**NOTICE: Your claim may be reduced, modified, or eliminated.** You should read this notice and the objection carefully and discuss them with your attorney, if you have one.

If you do not want to the court to enter an order affecting your claim, then on or before 6/9/2022, (30 days from the date of service), you or your lawyer must file a request for hearing or a written response to the objection explaining your position.

Those not permitted to file electronically must deliver any request for hearing or response by U.S. mail, courier, overnight/express mail, or in person at: (select the appropriate address)

Ronald Reagan Federal Building
228 Walnut Street Rm 320
Harrisburg, PA 17101

If you mail your request for hearing or response to the court, you must mail it early enough so the court will receive on or before the date stated above.

You must also send a copy of your request for hearing or response to:

Kara K. Gendron, Esquire
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
karagendron@gmail.com
(717) 232–6650 TEL
(717) 232-0477 FAX


**If you or your attorney do not take these steps, the court may decide that you do not oppose an order affecting your claim. Attorney for Objector**

        /s/ Kara K. Gendron
        Kara K. Gendron, Esquire
        Mott & Gendron Law
        125 State Street
        Harrisburg, PA 17101
        karagendron@gmail.com
        (717) 232–6650 TEL
        (717) 232-0477 FAX

Date of Notice: May 10, 2022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANGELA ANESSA JAMERSON, | : | |
|     Debtor | : | CASE NO. 1:17-bk-02721 |
| | : | |
| ANGELA ANESSA JAMERSON | : | |
|     Movant | : | |
| v. | : | |
| FIRST FINANCIAL FCU, PATIENT | : | |
| FIRST, WEB PAYDAY | : | |
|     Respondent/Claimant | : | OBJECTION TO CLAIMS # 3, 4, and 7 |
| | : | |

**OBJECTION TO PROOF OF CLAIMS #3, 4, and 7**

COMES NOW the Debtor, by and through attorney Kara K. Gendron, Esquire and makes this Objection to Creditor's claim filed in the above–captioned bankruptcy proceeding, stating in support there of as follows:

    1. The Debtor filed a Chapter 13 bankruptcy proceeding on 6/29/2017.

    2. The Respondents, filed an unsecured claims on various dates.

    3. The claims were discharged in Debtor's 2009 case (09-09586) and are beyond the statute of limitations for collection.

    WHEREFORE, the Debtors hereby request that this Honorable Court enter an order disallowing and dismissing the claims.

    Respectfully submitted,

    /s/ Kara K. Gendron
    Kara K. Gendron, Esquire
    Mott & Gendron Law
    125 State Street
    Harrisburg, PA 17101
    karagendron@gmail.com
    (717) 232–6650 TEL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANGELA ANESSA JAMERSON, | : | |
|     Debtor | : | CASE NO. 1:17-bk-02721 |
| | : | |
| ANGELA ANESSA JAMERSON | : | |
|     Movant | : | |
| v. | : | |
| | : | |
| FIRST FINANCIAL FCU, PATIENT | : | |
| FIRST, WEB PAYDAY | : | OBJECTION TO CLAIM # 3, 4, and 7 |
|     Respondent/Claimant | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on <u>May 10, 2022</u>, I served a copy of the foregoing document(s) electronically or by placing the same in the United States Mail, First Class, postage pre-paid, addressed as follows on the following parties:

| Name and Address | Mode of Service |
|---|---|
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE, STE A<br>HUMMELSTOWN, PA 17036<br>TWecf@pamd13trustee.com | Electronically |
| FIRST FINANCIAL OF MARYLAND , FCU<br>1215 YORK ROAD<br>LUTHERVILLE , MD 21093 | First Class Mail, Postage Prepaid |
| Patient First c/o Receivables Management Systems<br>PO Box 8630<br>Richmond, VA 23226 | First Class Mail, Postage Prepaid |
| PAYDAY LOAN YES.COM<br>Williamson and Brown,LLC<br>4691 Clifton Pkwy<br>Hamburg, NY 14075 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.
Date: 05/10/2022

                                                /s/ Kara K. Gendron
                                                Kara K. Gendron, Esquire

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANGELA ANESSA JAMERSON | : | |
|     Debtor | : | CASE NO. 1:17-bk-02721 |
| | : | |
| ANGELA ANESSA JAMERSON | : | |
|     Movant | : | |
| v. | : | |
| FIRST FINANCIAL FCU, PATIENT | : | |
| FIRST, WEB PAYDAY | : | |
|     Respondent/Claimant | : | OBJECTION TO CLAIMS # 3, 4, and 7 |

# **O R D E R**

UPON CONSIDERATION of the Objection to Proofs of Claim filed by the Debtor, it is hereby

ORDERED that the claims # 3, 4, and 7 of the Respondents are disallowed and dismissed.