IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANGELA ANESSA JAMERSON | : | |
| Debtor | : | CASE NO. 1:17-bk-02721 |
| | : | |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please withdraw the objection to proof of claim #7 that was erroneously filed

filed by Debtor's counsel on May 11, 2022.

      Respectfully submitted,

      /s/ Dorothy L. Mott
      _____
      Dorothy L. Mott, Attorney At Law
      ID 43568
      125 State Street
      Harrisburg PA 17101
      (717) 232-6650 TEL
      (717) 232-0477 FAX