United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-02721-HWV |
| Angela Anessa Jamerson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jun 15, 2022 | Form ID: pdf010 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 4990037 | + | PAYDAY LOAN YES.COM, Williamson and Brown,LLC, 4691 Clifton Pkwy, Hamburg, NY 14075-3201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4940323 | + | Email/Text: collections@firstfinancial.org | Jun 15 2022 18:39:00 | FST FIN FCU, 1215 YORK ROAD, LUTHERVILLE MD 21093-6207 |
| 4957930 | + | Email/Text: joey@rmscollect.com | Jun 15 2022 18:39:00 | Patient First c/o Receivables Management Systems, PO Box 8630, Richmond, VA 23226-0630 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 17, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Pacific Union Financial LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Andrew L Spivack | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com |

Andrew L Spivack
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Brian Nicholas
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com

Christopher A DeNardo
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Dorothy L Mott
    on behalf of Debtor 1 Angela Anessa Jamerson DorieMott@aol.com
karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Jack N Zaharopoulos (Trustee)
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al bkgroup@kmllawgroup.com

James Warmbrodt
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

Kara Katherine Gendron
    on behalf of Debtor 1 Angela Anessa Jamerson
karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Kevin S Frankel
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pa-bk@logs.com

Kristen D Little
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

Lily Christina Calkins
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com lcalkins@logs.com

Mario J. Hanyon
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com

Rebecca Ann Solarz
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANGELA ANESSA JAMERSON | : | |
|     Debtor | : | CASE NO. 1:17-bk-02721 |
| | : | |
| ANGELA ANESSA JAMERSON | : | |
|     Movant | : | |
| v. | : | |
| FIRST FINANCIAL FCU, PATIENT FIRST, WEB PAYDAY | : | |
|     Respondent/Claimant | : | OBJECTION TO CLAIMS # 3, 4, and 7 |
| | : | |
| | : | |
| | : | |
| | : | |

### O R D E R

UPON CONSIDERATION of the Objection to Proofs of Claim filed by the Debtor, it is hereby

ORDERED that the claims # 3, 4, and 7 of the Respondents are disallowed and dismissed.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 15, 2022