Certificate Number: 15317-PAM-DE-036803654

Bankruptcy Case Number: 17-02721


15317-PAM-DE-036803654

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 1, 2022</u>, at <u>4:33</u> o'clock <u>PM PDT</u>, <u>Angela A Jamerson</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>September 2, 2022</u>　　　　By: <u>/s/Rolyn Martinada</u>

　　　　　　　　　　　　　　　　　Name: <u>Rolyn Martinada</u>

　　　　　　　　　　　　　　　　　Title: <u>Credit Counselor</u>