IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Angela Anessa Jamerson<br>Debtor.<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>Movant,<br>v.<br><br>Angela Anessa Jamerson,<br>Debtor/Respondent,<br>and<br>Charles J. DeHart, III, Trustee,<br>Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>17-02721/HWV |

**CERTIFICATE OF SERVICE**

    I, Leslie Thomas, an employee of the law firm of Shapiro & DeNardo, LLC hereby certify that I caused to be served true and correct copies of Nationstar Mortgage LLC d/b/a Mr. Cooper's Notice of Mortgage Payment Change by First Class Mail, postage prepaid or by electronic notification, at the respective last known address or email address of each person set forth below on _____03/24/2020_____:

Angela Anessa Jamerson
154 Spring Meadows Road
Manchester, PA 17347

Kara Katherine Gendron, Esquire
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
Sent via electronic notification karagendronecf@gmail.com

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Sent via electronic notification dehartstaff@pamd13trustee.com

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

    /s/ Leslie Thomas
Leslie Thomas
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800

S&D File #:19-062015